United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-20664
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARINO LUIS GONZALEZ,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-02-CR-664-1
---------------------

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

     Marino Luis Gonzalez appeals his guilty-plea conviction for

possession with intent to distribute and importation of cocaine.

He argues that 21 U.S.C. §§ 841, 952, and 960 were rendered

facially unconstitutional by Apprendi v. New Jersey, 530 U.S.

466, 490 (2000).  He concedes that his argument is foreclosed by

our opinion in United States v. Slaughter, 238 F.3d 580, 581-82

(5th Cir. 2000), which rejected a broad Apprendi-based attack on

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the constitutionality of 21 U.S.C. § 841.  He raises the issue only to preserve it for Supreme Court review.

Slaughter applies directly to Gonzalez's drug-possession conviction and by analogy to his drug-importation conviction, given the similarities between 21 U.S.C. § 841(a) & (b) and 21 U.S.C. § 952 and § 960(a)(1) & (b).  His appeal is foreclosed by Slaughter, and the judgment of the district court is therefore AFFIRMED.